HERMAN WITT, as Trustee in Bankruptcy of EDWARD G. DANN CORPORATION, Respondent, *v.* EUGENE DAVIS, Appellant.

*Bills, notes and checks — action on promissory note — defense of failure of consideration.*

(Submitted December 14, 1921; decided January 10, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1920, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial. Plaintiff as the trustee in bankruptcy of the Edward G. Dann Corporation brought this suit against the defendant to recover upon a promissory note which is as follows:

" $3500.00    ·    ·    ·    NEW YORK, *March* 2, 1916.
" Three months after date I promise to pay to the order of Edward G. Dann Corporation Three Thousand Five Hundred Dollars at Coal & Iron National Bank, N. Y. City. Value received.

" EUGENE DAVIS."

Bearing the indorsement,
" EDWARD G. DANN CORPORATION,
" EDWARD G. DANN,<br>"President."

The defense was that the note had been executed and delivered without consideration and solely for the accommodation of the Dann Corporation.

*Charles Capron Marsh* for appellant.

*George G. Ernst* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,. McLAUGHLIN, CRANE and ANDREWS, JJ.